UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Albert D. Ivory,                                   File No. 23-cv-116 (ECT/DJF)

      Plaintiff,

v.                                                 **ORDER ACCEPTING REPORT
                                                   AND RECOMMENDATION**

State of Minnesota, *Corporate Court*,

      Defendant.

---

Magistrate Judge Dulce J. Foster issued a Report and Recommendation on March 21, 2023. ECF No. 3. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 3] is **ACCEPTED**;

2. Plaintiff's Petition for Writ of Mandamus [ECF No. 1] is **DENIED**;

3. Plaintiff's application to proceed *in forma pauperis* [ECF No. 2] is **DENIED**;

4. Plaintiff be required to pay the full amount this action's statutory filing fee ($350.00) in the manner prescribed by 28 U.S.C. § 1915(b)(2), and the Clerk of Court be required to provide notice of this requirement to the authorities at the institution where Mr. Ivory is confined; and

5.  This case is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 2, 2023                                         s/ Eric C. Tostrud
                                                            Eric C. Tostrud
                                                            United States District Court